UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:07CR00678 JCH |
| | ) | |
| THOMAS WIND, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

COMES NOW the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Noelle C. Collins, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Pursuant to Federal Rule of Criminal Procedure 32(h), and in order that the United States may be prepared to address all relevant issues at the time of sentencing, the United States respectfully requests that if the Court is contemplating granting a departure or variance from the applicable sentencing guidelines range on a ground not identified either in the Presentence Report or a party's pre-hearing submission, that the Court give the parties reasonable notice that it is considering such departure or variance.  The United States further requests that such notice specify any ground on which the Court is contemplating a departure or variance.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

 s/ Noelle C. Collins
NOELLE C. COLLINS, #109678
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

>   Henry Michael Miller, Jr.
>   Attorney at Law
>   (Attorney for Defendant).

I hereby certify that on August 15, 2008, the foregoing was e-mailed and/or hand-delivered to the following non-participant(s) in Electronic Case Filing:

>   Vashell Anderson
>   United States Probation Officer.

>    s/ Noelle C. Collins
>   NOELLE C. COLLINS, #109678
>   Assistant United States Attorney